UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

*Hearing Information:*

| | | | |
|---|---|---|---|
| Debtor: | MARIA GONZALEZ GONZALEZ | Case Number: | 13-07666-MCF |
| Joint Debtor: | | Chapter: | 13 |
| Date / Time / Room: | 1-9-2014 at 1:30 PM | Courtroom: | 03 |
| Bankruptcy Judge: | MILDRED CABAN FLORES | | |
| Courtroom Clerk: | MARIBEL MONTALVO | | |
| Reporter / ECR: | LORI ANNIE RODRIGUEZ | | |

*Matter:*
CONFIRMATION HEARING OF PLAN DATED 11/27/2013 (DKT #23)

*Appearances:*

| | |
|---|---|
| Trustee: | JOSE CARRION MORALES |
| Debtor Attorney: | MIRIAM MURPHY |
| Creditor/Others: | MIRIAM MURPHY |

*Proceedings:*

[ ] Plan Dated:_____ [Docket no. ___] is: [ ] CONFIRMED* [ ] NOT CONFIRMED.

[ ] Confirmation of plan is denied. PR LBR 3015-2 (i) applies: the Court may issue an order dismissing the Chapter 13 case unless, within fourteen (14) days after denial of confirmation: (1) the debtor files a new Modified Chapter 13 Plan and/or Related Motions; (2) the debtor converts or moves to convert the case to another chapter of the Bankruptcy Code; (3) the debtor files a motion for relief from judgment or order, or appeals the denial of confirmation; or (4) the Court otherwise orders. Clerk is to follow up.

[✓] Hearing on Confirmation is continued to: March 27, 2014, at 1:30 PM.

[ ] The motion to dismiss filed by _____ is:
    [ ] Granted*  [ ] Denied.*  [ ] Withdrawn.*  [ ] Moot.*

[ ] The motion to convert filed by _____ is:
    [ ] Granted*  [ ] Denied.*  [ ] Withdrawn.*  [ ] Moot.*

[ ] Additional Comments:

Page 1